# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00803-CV

### In re Hino Electric Power Company, Inc. and Hino Electric Holding Company, L.P.

#### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Hino Electric Power Company, Inc. and Hino Electric Holding Company, L.P. filed a petition for writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. On December 3, 2010, we granted the motion for temporary relief and stayed the proceedings at the trial court pending our resolution of the petition for writ of mandamus. Having reviewed the petition, the response filed by the real parties in interest, the relators' reply, the sur reply filed by the real parties in interest, and the record, we dissolve our stay and deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   January 21, 2011